■ MERLITE INDUSTRIES, INC., Respondent, v MICHAEL MADDALENA et al., Appellants. [669 NYS2d 806] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered September 3, 1997, which, to the extent appealed from as limited by

defendants' brief, granted plaintiff's cross motion for sanctions and directed defendants' counsel to pay $500 in costs and attorneys' fees as a condition to opening defendants' default, and to pay an additional $500 in sanctions to the Lawyers' Fund for Client Protection, unanimously affirmed, with costs.

We find that the motion court properly exercised its discretion in awarding a $500 sanction against defendants' counsel under the circumstances (*see,* 22 NYCRR 130-1.1 *et seq.*). The imposition of costs and attorneys' fees of $500 payable to plaintiff's attorneys was a condition to the vacatur of defendants' default and was clearly warranted (*see, Gordineer v Gallagher,* 160 AD2d 672; CPLR 2005, 3012 [d]; 5015 [a]). Concur—Sullivan, J. P., Rosenberger, Ellerin and Tom, JJ.